UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMETT DAVIS,

    Plaintiff,

  v.

T. TYLER, et al.,

    Defendants.

No. 2:24-cv-2166 SCR P

ORDER

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted sixty (60) days from the date of this order in which to file an amended complaint.

DATED: September 16, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE